**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROXAN SNYDER, | Case No. CV 16-2053 FMO (AJWx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| TARGET CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Mediation Report of August 23, 2016, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 24th day of August, 2016.

/s/
Fernando M. Olguin
United States District Judge